166

## HEMPHILL v..STATE.
### No. 25986.

Court of Criminal Appeals of Texas.
Oct. 29, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Commissioner.

The conviction is for possession of whiskey in a dry area for the purpose of sale; the punishment, a fine of $1,000.

The record contains no notice of appeal, without which we are without jurisdiction.

The appeal is dismissed.

Opinion approved by the Court.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Driving while intoxicated upon a public highway is the offense. Upon his plea of guilty before the court, appellant was assessed punishment at sixty days' confinement in jail.

In the absence of a statement of facts and bills of exception, nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.